[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

David Shaffer

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Officer Fearnside
Officer Merten
K9 Officer Carpenter
Sgt. King
Officer Lawler
John Doe(s)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

RECEIVED
JUL 24 2023
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Case No: 23-50274
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: David Shaffer

    B. List all aliases: N/A

    C. Prisoner identification number: M20961

    D. Place of present confinement: Centralia C.C.

    E. Address: P.O. Box 711   Centralia, IL 62801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Fearnside

       Title: Officer

       Place of Employment: Rockford Police Department

    B. Defendant: Merten

       Title: Officer

       Place of Employment: Rockford Police Department

    C. Defendant: Carpenter

       Title: K9 Officer

       Place of Employment: Rockford Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendants II. (Cont.)

D. Defendant: King
   Title: Sgt.
   Place of employment: Rockford Police Department

E. Defendant: Lawler
   title: Officer
   Place of employment: Rockford Police Department

F. Defendant: John Doe(s)
   title: Officer(s)
   Place of employment: Rockford Police Department

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3                               Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On 7/20/21 I was standing on the front porch of my residence 209 Stewart ave. Rockford, IL 610, I was starting to light a cigar filled with marijuana, as I started to light the cigar I glanced to my left. When I looked to my left I saw a military tank with a individual in tactical clothing on standing on top with a military grade assault rifle in his hand followed by numerous police vehicles behind it coming up Stewart ave. which is a side street.

2. I was new to the Rockford area so I was not sure if this was a parade or what was going on. The tactical clothed individual was looking at the houses on the opposite side of my residence pointing the military grade firearm as the tank was proceeding down Stewart ave. The individual glanced my way one time then continued to look across the street. As the tank pulled to my residence it immediatly pulled into my driveway, I then heard a mans voice say "I'm going to fucking shoot you!" with a firearm pointed towards me. As I looked towards the voice I realized

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 3:23-cv-50274 Document #: 1 Filed: 07/24/23 Page 6 of 11 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

It was the tactical clothed individual on top of the tank, he then repeated again, "I swear I'm going to fucking shoot you!". At this time my hands were raised in the air and I was scared and sure I was going to be shot, not knowing what was going on and why this was happening. As I stood there with my hands in the air other individuals uniformed in Rockford Police Department attire armed and pointing guns at me walked up. The tactical clothed individual on top of the tank once again repeated, "I'm going to fucking shoot you!" and several times afterwards. The individual then commanded me to walk towards him, I then kept my hands raised in the air and walked towards the tank, there were numerous tactical uniformed individuals standing on the right side of the tank including one with a dog.

3. I was then told to lay on my stomach, as I layed down I was grabbed aggressively by multiple individuals, one with his knee on my back which was causing me severe pain and to lose concious, I felt that I couldn't breath. Another pressed his knee on my head, I was then aggressively forced my hands behind my back by multiple individuals, I felt helpless with no witnesses to help. There was no need for aggression seeing I was complying with all orders and did not resist in any way.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

tAfter handcuffed one individual kept his knee on my back then I was rolled over aggressively while being held down. As I was rolled over a loud snap was heard and felt by me, the sound was so loud it was heard by numerous individuals being I was outside. I was immediately in extreme pain, so bad it messed up my breathing. I then yelled and looked down where I felt the pain, as I looked down I noticed my knee cap on my left leg was on the side of my left leg and the part of my leg from the knee down was facing outward, I felt nausious and light headed. I continued to yell in pain and make the individuals aware of it, one of them noticed my leg was facing the outward direction and made it aware to the other individuals, they then continued to aggressively throw me around rolling me, sliding me in the grass/driveway pulling my pants down exposing my body and feeling on me in which they stated were searching for weapons, I was in so much pain and fear. I was wearing mesh athletic pants and a t-shirt which my body was visible and easy to tell that I had nothing on me. After seeing I was clear of weapons and continually mishandling me, forcefully pressing my cuffed arms up injuring my shoulders, twisting me around, tossing me back on my stomach which caused me to yell more knowing I was in pain and my leg was severely injured, they then held me in a submissive position on my side, I was still handcuffed. They then called for ems, upon arrival of a fire truck about 12 mins later one of the firemen did not even get fully close to me and immediately stated, "Oh he needs a ambulance" being able to see my dislocated knee cap from afar, he then called it in on his radio. When paramedics arrived about another 7-10 mins later due to me forcing myself to stop panicking, and calming my breathing due to extreme pain and distress my knee popped back in place after I had a chance to relax and relieved help was there. I was still in excrutiating pain, I was then placed on a stretcher and taken to the er where I was highly medicated with pain medication and my left leg was placed in a immobilizer. I was taken monthly to a orthopedic doctor at mercy medical, attended weekly physical therapy for 6-8 months, and forced to take 3 600mg ibruprophens 3 times a day to control the pain. I also was walking on crutches for 6 months and a can for another 6 months after, also had to sleep with the immobilizer on because if I didn't and my body was relaxed my left knee will immediately dislocate. To this day I have discomfort in my left knee, feel traumatized from it popping out of place, and the knee cap still attempts to pop out of place. Also, any movement or walking the knee pops, cracks, and hurts. This not only effects my walking but gives me

lashbacks of not only the vision of seeing it facing to the side vt also the pain I felt, this effects my sleep most nights and y ability to do things I love; working out or participate in sports.

## Count 1

Violations of the 8th and 14th amendments, cruel and unusual infliction of wanton pain and suffering, against all defendants that are named, in violation of 42 U.S.C. § 1983

5. Plaintiff incorporates by reference paragraphs 1-4 as though fully set forth in this count.

6. Plaintiff suffered severe pain and suffering, irreparable harm, emotional suffering, sleepless nights do to my pain, and flashbacks of the assaults and excessive use of force.

7. The actions of defendants in using physical force against plaintiff without need or provocation, or in failing to intervene to prevent the misuse, were done maliciously and sadistacally and constituted cruel and unusual punishment in violation of the eighth and fourteenth amendments.

Defendant Fearnside (officer of the Rockford Police Department). Violated my constitutional rights when he used excessive force and failed to intervene and stop others from using unnecessary use of force when they forcefully handcuffed me causing me severe pain on my hands, wrists, and shoulders, and placing their knees on my head and neck, causing me to lose concious, then roughly, forcefully twisting me around while on the ground already in cuffs, and popping my knee out of socket. Violating my 8th amendment for causing pain and suffering. (continued)

maliciously and sadistically, under the due process clause and under the eighth amendment.

2. Defendant ~~off~~ Merten (officer of the Rockford Police Department) violated my constitutional rights when he used excessive force and failed to intervene and stop others from using unnecessary use of force when they forcefully handcuffed me causing me severe pain on my hands, wrists, and shoulders, and placing their knee's on my head, and neck, causing me ~~severe~~ to lose concious, then roughly, forcefully twisting me around while on the ground already in cuffs, and popping my knee out of socket. Violating my 8th amendment for causing pain and suffering. Maliciously and sadistically under the due process clause and under the eighth amendment.

3. Defendant Carpenter (k9 officer of the Rockford Police Department) violated my constitutional rights when he used excessive force and failed to intervene and stop others from using unnecessary use of force when they forcefully handcuffed me causing me severe pain on my hands, wrists, and shoulders, and placing their knee's on my head, and neck, causing me to lose concious, then roughly, forcefully twisting me around while on the ground already in cuffs, and popping my knee out of socket. Violating my 8th amendment for causing pain and suffering. Maliciously and sadistically under the due process clause and under the eighth amendment.

4. Defendant King (sgt. of the Rockford Police Department) violated my constitutional rights when he used excessive force and failed to intervene and stop others from using unnecessary use of force when they forcefully handcuffed me causing me severe pain on my hands, wrists, and shoulders, and placing their knee's on my head, and neck, causing me to lose concious, then roughly, forcefully twisting me around while on the ground already in cuffs, and popping my knee out of socket. Violating my 8th amendment for causing pain and suffering. Maliciously and sadistically, under the due process clause and under the eighth amendment.

5. Defendant Lawler (officer of the Rockford Police Department) violated my constitutional rights when he used excessive force and failed to intervene and stop others from using unnecessary use of force when they forcefully handcuffed me causing me severe pain on my hands, wrists, and shoulders, and placing their knee's on my head, and neck, causing me to lose concious, then roughly, forcefully twisting me around while on the ground already in cuffs, and popping my knee out of socket. Violat my 8th amendment for causing pain and suffering. (on back)

liciously and sadistically, under the due process clause and under the eighth amendment.

Defendant John Doe(s) (officers of the Rockford Police Department) violated my constitutional rights when he used excessive force and failed to intervene and stop others from using unnecessary use of force when they forcefully handcuffed me causing me severe pain on my hands, wrists, and shoulders, and placing their knees on my head, and neck, causing me to lose concious, then roughly, forcefully twisting me around while on the ground already in cuffs, and popping my knee out of socket. Violating my 8th amendment for causing pain and suffering. Maliciously and sadistically, under the due process clause and under the eighth amendment.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) Compensatory, Presumed and/or Punitive Damages to be disclosed at later date for damages suffered (2) Declaratory relief (3) ~~[crossed out]~~ And any other damages that may be known to plaintiff in the future prior to the resolution of this case.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7__ day of __July__, 20__23__

_____
(Signature of plaintiff or plaintiffs)

__David Shaffer__
(Print name)

__M20401__
(I.D. Number)

__Centralia C.C.__
__P.O. Box 7711__
__Centralia, IL 62801__
(Address)

6  Revised 9/2007