**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| David Shaffer, (M-20961), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 50274 |
| v. | ) | |
| | ) | Hon. Philip G. Reinhard |
| Officer Fearnside, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff's application for leave to proceed in forma pauperis [4] is denied. If plaintiff wishes to proceed with this case, he must pay the statutory $402 filing fee. The deadline to pay the $402 filing fee is October 3, 2023. The court defers its ruling on plaintiff's motion for attorney assistance until plaintiff has satisfied the filing fee.

**STATEMENT**

Plaintiff David Shaffer, a prisoner at Centralia Correctional Center, brings this *pro se* civil rights action under 42 U.S.C. § 1983, alleging that Rockford police officers used excessive force when they arrested him. *See* [1]. Plaintiff's application for leave to proceed *in forma pauperis* is before the court.

The Prison Litigation Reform Act (PLRA) requires all inmates to pay the full filing fee. *See* 28 U.S.C. § 1915(b)(1). If an inmate cannot pay the full $402 filing fee upfront, he may submit an *in forma pauperis* (IFP) application (in other words, a request for permission to pay the fee over time with monthly installments taken from his trust fund account; in that instance, the filing fee is $350 as an administrative fee is waived).

Plaintiff's trust fund statement shows that he received an average monthly deposit over the last six months of $220.00 (for total deposits of approximately $1,325.00 in that time period). *See* [24]. Because plaintiff is a detainee for whom the county provides the necessities of life, his income is sufficient to afford the filing fee. *See Lumbert v. Illinois Department of Corrections*, 827 F.2d 257, 260 (7th Cir. 1987); *Zaun v. Dobbin*, 628 F.2d 990, 993 (7th Cir. 1980). This is the case even though plaintiff elected to spend most of his income on personal items. *See Newlin v. Helman*, 123 F.3d 429, 435 (7th Cir. 1997) (noting that a prisoner who "squander[s]" all his assets has the "means" to pay and is not protected by 28 U.S.C. § 1915(b)(4)), *overruled in part on other grounds by Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000); *see also Sanders v. Melvin*, 873 F.3d 957, 960 (7th Cir. 2017) (noting that a prisoner "can save up . . . and pay the filing fee").

As such, plaintiff does not qualify for the installment method, and he must prepay the full $402 statutory filing fee if he wishes to proceed with this action. Plaintiff may pay by check or money order made payable to Clerk of Court and mailed to the Clerk of Court, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor. Plaintiff's failure to do so by the date specified above will result in the dismissal of this case for failure to pay the filing fee.

Date: 8/29/2023  ENTER:

*Philip G. Reinhard*
United States District Court Judge

Notices mailed by Judicial Staff.